# Supreme Court of Florida

---

No. SC23-66

---

**IN RE: AMENDMENTS TO FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.235.**

January 23, 2023

PER CURIAM.

The Court, on its own motion, amends Florida Rule of General Practice and Judicial Administration 2.235 (District Court of Appeal Budget Commission) to account for the establishment of a sixth district court of appeal.[1]

In 2021, the Court recommended the addition of a sixth district court of appeal. *In re Redefinition of Appellate Dists. & Certification of Need for Additional Appellate Judges*, 345 So. 3d 703 (Fla. 2021). Subsequently, the Legislature passed and the Governor signed into law legislation creating a new district court. Ch. 22-

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; Fla. R. Gen. Prac. & Jud. Admin. 2.140(d).

163, § 4, Laws of Fla. As of January 1, 2023, the Sixth District Court of Appeal is now operational.

We amend rule 2.235 as reflected in the appendix to this opinion. Specifically, in subdivision (a) (Purpose), we change "5 districts" to "6 districts." And in subdivision (e) (Membership and Organization), we change "10 voting members" to "12 voting members," as the District Court of Appeal Budget Commission is composed of the chief judge of each district court and one additional judge from each district court.

New language is indicated by underscoring in the appendix, and deletions are indicated by struck-through type. The amendments shall become effective immediately. Because the amendments were not published for comment previously, interested persons shall have seventy-five days from the date of this opinion in which to file comments with the Court.[2]

---

2. All comments must be filed with the Court on or before April 10, 2023, as well as a separate request for oral argument if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case. If filed by an attorney in good standing with The Florida Bar, the comment must be electronically filed via the Florida Courts E-Filing Portal (Portal). If filed by a nonlawyer or a lawyer not licensed to practice in Florida, the comment may be, but is not required to be, filed via the

It is so ordered.

MUÑIZ, C.J., and CANADY, POLSTON, LABARGA, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of General Practice and Judicial Administration

---

Portal.  Any person unable to submit a comment electronically must mail or hand-deliver the originally signed comment to the Florida Supreme Court, Office of the Clerk, 500 South Duval Street, Tallahassee, Florida 32399-1927; no additional copies are required or will be accepted.

# APPENDIX

## Rule 2.235.    District Court of Appeal Budget Commission

**(a) Purpose.** The purpose of this rule is to establish a District Court of Appeal Budget Commission with responsibility for developing and overseeing the administration of district court budgets in a manner which ensures equity and fairness in state funding among the ~~5~~6 districts.

**(b)-(d)** [No Change]

**(e) Membership and Organization.** The District Court of Appeal Budget Commission will be composed of ~~10~~12 voting members appointed by the chief justice who will represent the interests of the district courts generally rather than the individual interests of a particular district.

(1)-(4) [No Change]

**(f)** [No Change]